IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LIZALDE, dba VEBS, A California Company; VEBS, INC. A California Corporation, | Case No. 10cv0834 GPC (RBB) |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION ON A DISCOVERY DISPUTE [ECF NO. 171]** |
| v. | |
| ADVANCED PLANNING SERVICES, INC., A California Corporation; INDEPENDENT CAREER AGENCY, INC., A California Corporation; JEFF ROEDIGER; LORI ROEDIGER; MICHAEL RODMAN; ROBERT PADILLA; MIRIAM FELDMAN; STAN FRIEDMAN; LARRY CHALMERS; PREMIER FINANCIAL SOLUTIONS, LLC, A Missouri Limited Liability Company; CHARLES DZAMA; GUS GONZALES; MARILYN MILLER; CHALMERS INSURANCE AGENCY, INC., A Missouri Corporation; ANGELA PARRISH; BETH CHALMERS; FIRST ALLIED SECURITIES, INC., A New York Corporation, and DOES 1 through 20 inclusive, | |
| Defendants. | |

1    The Court, having considered the JOINT MOTION FOR EXTENSION

2    OF TIME TO FILE MOTION ON A DISCOVERY DISPUTE, and for good

3    cause shown, hereby GRANTS the Joint Motion.   The Court grants the

4    following extensions:

5

6

| Deadline | Requested Date |
|---|---|
| Last day for First Allied to serve a discovery motion with respect to "Defendant First Allied Securities, Inc.'s First Set of Requests for Production of Documents and Things" | June 19, 2013 |

7
8
9

10

11

12    IT IS SO ORDERED.

13

14    Dated:  June 3, 2013

RUBEN B. BROOKS
15    United States Magistrate Judge

16

17    15470951
      052413
18

19

20

21

22

23

24

25

26

27

28