# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LIZALDE, dba VEBS, a California Company; VEBS, INC., a California Corporation,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ADVANCED PLANNING SERVICES, INC. et al.,<br>  Defendants. | Case No. 10-cv-0834 GPC (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 177) |

Having considered the Joint Stipulation[1] filed by plaintiffs Raul Lizalde and VEBS, Inc., and defendants Advanced Plannings Services, Inc.; Independent Career Agency, Inc.; Jeff Roediger; Lori Roediger; Michael Rodman; and Stan Friedman ("Defendants"); and finding good cause therefore, the Court hereby **GRANTS** the Joint Motion.  Accordingly, all claims against said Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: August 20, 2013

HON. GONZALO P. CURIEL
United States District Judge

---

[1] Pursuant to Civil Local Rule 7.2, the Court construes the parties' Joint Stipulation as a Joint Motion.